UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jessica Ezell, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>National Credit Systems, Inc.; and DOES 1-10, inclusive, <br><br>　　　　　　Defendants. | Civil Action No.: 3:15-cv-01662-VAB |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to F<small>ED.</small> R. C<small>IV.</small> P. 41(a) within 60 days.

**Dated January 17, 2017**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PLAINTIFF, Jessica Ezell

　　　　　　　　　　　　　　　　　　　*/s/ Sergei Lemberg*

　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　LEMBERG LAW, LLC
　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424
　　　　　　　　　　　　　　　　　　　Email: slemberg@lemberglaw.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I hereby certify that on January 17, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

*/s/ Sergei Lemberg*

**Sergei Lemberg, Esq.**