**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| **Jessica Ezell,** | : |
| Plaintiff, | : Civil Action No. 3:15-cv-01662-VAB |
| v. | : |
| **National Credit Systems, Inc.; and DOES 1-10, inclusive,** | : |
| Defendants. | : |

_____

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the Complaint in this action and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| **Jessica Ezell** | **National Credit Systems, Inc.** |
| ***/s/ Sergei Lemberg*** | ***/s/ Ian J. Gemmell*** |
| **Sergei Lemberg, Esq.**<br>**LEMBERG LAW, LLC**<br>**43 Danbury Road, 3rd Floor**<br>**Wilton, CT 06897**<br>**Telephone: (203) 653-2250**<br>**Facsimile: (203) 653-3424**<br>**Email: slemberg@lemberglaw.com**<br>**Attorney for Plaintiff** | **Ian J. Gemmell, Esq.**<br>**PEABODY & ARNOLD LLP**<br>**Federal Reserve Plaza**<br>**600 Atlantic Avenue**<br>**Boston, MA 02210-2261**<br>**Telephone: (617) 951-2100**<br>**Facsimile: (617) 235-3555**<br>**Email: igemmell@peabodyarnold.com**<br>**Attorneys for Defendants** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing (ECF) system and that the document is available on the ECF system.

*/s/ Sergei Lemberg*

**Sergei Lemberg, Esq.**